UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NUMBER: 3:22CR11 |
| | ) | |
| CARLOS TERRY, | ) | |
| | ) | |
| DEFENDANT. | ) | |

### ORDER

This matter is before the Court on the Defendant's attorney, Troy Marsh's Motion for Leave of Absence. After careful consideration and for good cause shown, the court GRANTS this motion.

THEREFORE, IT IS HEREBY ORDERED that the attorney's Motion for Leave of Absence is granted for the dates of October 19, 2023 through October 24, 2023; October 26, 2023 through October 27, 2023; November 20, 2023 through November 24, 2023; and December 22, 2023 through January 2, 2024.

SO ORDERED, this 3rd day of August, 2023.

_____
DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA